IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT,<br><br>    Plaintiff,<br><br>    v.<br><br>HEARTLAND FINANCIAL INC, et al.<br><br>    Defendants. | No. C 06-04980 CRB<br><br>**ORDER DISMISSING ACTION** |

    Now before the Court is plaintiff's application to proceed *in forma pauperis* ("IFP"), along with her complaint and several other documents. A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees. See 28 U.S.C. § 1915(a).

    A court is under a continuing duty, however, to dismiss a case seeking to proceed without the prepayment of fees whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i)--(iii).

    Plaintiff's action is frivolous. First, it is apparent that this action is the same action which was previously dismissed for being frivolous. See Recht v. United States, 06-4919

MMC. Indeed, plaintiff has put the number of the earlier-dismissed case, 06-4919, in the caption of some her pleadings in this case.

Second, plaintiff's allegations are nonsensical and do not state a claim. For example, the first paragraph of her complaint begins: "Demanding motions to strike for malpractice and mayhem by United States Judges that are under possion [sic] and are childmolesters and animal molesters and are using the court clerks and Judges under possiuon [sic] of another and any Federal and States and City and Town that are trying to eat and molest children animals or hold women or men hostage using Arizona Bank In De Nova . . . ." The complaint goes on for 46 pages in a similar vein. As her allegations are frivolous and do not state a claim, and as it is apparent that she cannot state a claim, this action is DISMISSED.

**IT IS SO ORDERED.**

Dated: Nov. 29, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE